UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.___11 CR 230___ |
| | USM #___02191-081___ |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| JOHN STOLARZ | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ GRANTED for the reasons stated in the Memorandum Order filed herewith.

The defendant's previously imposed sentence of imprisonment is reduced to:

**TIME SERVED**

This order is stayed for up to fourteen days, for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended.

Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve an additional, special-term of Supervised Release of **TWELVE (12) MONTHS**, to commence *immediately* upon

1

his release. (Note: Under no circumstances will the special term of supervised release exceed the unserved portion of the original term of imprisonment). The conditions of the "special term" of supervision are as follows:

> The conditions of supervised release imposed in the original judgment remain unchanged and apply during the special term of supervised release. In addition, Defendant will serve the **Twelve (12) Months** special term of supervised release on "Location Monitoring." The Location Monitoring program may include electronic monitoring or voice identification monitoring. During the period of Location Monitoring, defendant will remain in his residence, except for medical appointments, religious services, and other activities, as approved by the Probation Department.

Upon completion of the special term of supervised release, defendant will commence the **THREE (3) YEARS** term of supervised release imposed in the Judgment of October 31, 2011.

IT IS SO ORDERED.

Dated: December 8, 2020

_____
COLLEEN McMAHON
CHIEF UNITED STATES DISTRICT JUDGE